J-A02017-14

2014 PA Super 184

| | | |
|---|---|---|
| VINCENT P. NERTAVICH, JR. | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| PPL ELECTRIC UTILITIES, KTA, KTA-TATOR, INC., KTA/SET ENVIRONMENTLA, S-E TECHNOLOGIES, INC., ALEXANDER ANDREW, INC., D/B/A FALLTECH, ALEXANDER ANDREW, INC., FALLTECH, THOMAS & BETTS CORP., THOMAS & BETTS CORP., D/B/A OR T/A MEYER STEEL STRUCTURES, F/K/A I.T.T. – MEYER INDUSTRIES, F/K/A MEYER INDUSTRIES, MEYER STEEL STRUCTURES F/K/A I.T.T. – MEYER INDUSTRIES, F/K/A MEYER STEEL STRUCTURES, I.T.T.-MEYER INDUSTRIES, MEYER MACHINE, INC. AND WINOLA INDUSTRIAL, INC. | : : : : : : : : : : : : : : : : | |
| | : | |
| APPEAL OF:  PPL ELECTRIC UTILITIES CORPORATION | : : | No. 3415 EDA 2012 |

Appeal from the Judgment Entered December 5, 2012
in the Court of Common Pleas of Philadelphia County
Civil Division at No(s): No. 2316 Sept. Term 2009

BEFORE:  FORD ELLIOTT, P.J.E, OTT and STRASSBURGER,* JJ.

DISSENTING OPINION BY STRASSBURGER, J.:    **FILED AUGUST 27, 2014**

I respectfully dissent.  I would affirm on the opinion of the learned trial judge, the Honorable Mark I. Bernstein.

* Retired Senior Judge assigned to the Superior Court.